## JEREMIAH PEREZ *v.* COMMISSIONER
## OF CORRECTION
## (AC 32159)

Robinson, Bishop and Schaller, Js.

Argued November 17—officially released December 13, 2011

Per Curiam. The appeal is dismissed.

## JASON L'MINGGIO *v.* COMMISSIONER
## OF CORRECTION
## (AC 33315)

Lavine, Robinson and Bishop, Js.

Submitted on briefs November 18—officially released December 13, 2011

Per Curiam. The appeal is dismissed.

## TROY THOMAS *v.* COMMISSIONER
## OF CORRECTION
## (AC 31871)

DiPentima, C. J., and Beach and Espinosa, Js.

Submitted on briefs November 18—officially released December 13, 2011

Per Curiam. The appeal is dismissed.